No. 263. MAAS & WALDSTEIN Co. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims granted. *Messrs. George E. Holmes, W. A. Sutherland,* and *Donald Havens* for petitioner. *Solicitor General Thacher, Assistant Attorney General*

*Rugg* and *Messrs. Claude R. Branch* and *Charles R. Pollard* for the United States.

